**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WILLIAM REID**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:17-CV-00097 KGB/BD**

**ROWDY SWEET**                                              **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I**.    **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker.  Any party may file written objections to this Recommendation.  If objections are filed, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion**

William Reid, an inmate at the Pope County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer.  (Docket entry #2) He complains that he has not been provided mental health treatment since he has been held at the Detention Center.  He names Rowdy Sweet, a Captain at the Detention Center, as the sole Defendant and sues him in his official capacity only.

Because Mr. Reid failed to allege that he suffered injury as a result of an unconstitutional Pope County policy or custom, the Court notified Mr. Reid that, as written, his claim against Defendant Sweet could not move forward.  (#4)  By order of February 21, 2017, the Court gave Mr. Reid thirty days to file an amended complaint clarifying his claim against Defendant Sweet.  Mr. Reid was specifically warned that his claim could be dismissed if he failed to amend his complaint.  To date, Mr. Reid has not filed an amended complaint, as ordered.

**III.**   <u>**Conclusion**</u>

The Court recommends that Mr. Reid's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 21 Order.  Local Rule 5.5.

DATED this 28th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE