## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM REID**                                                             **PLAINTIFF**

v.                                   Case No. 4:17-cv-00097-KGB-BD

**ROWDY SWEET**                                                **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition from Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff William Reid has not filed an objection, and the time for filing an objection has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice Mr. Reid's claims due to his failure to comply with the Court's Order issued on February 21, 2017 (Dkt. No. 4). Local Rule 5.5.

It is so ordered this the 4th day of May, 2017.

Kristine G. Baker
United States District Judge